# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1033
LT Case No. 2020-CF-620

_____

QUESTION HARDY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Putnam County.
Bryan F. Feigenbaum, Judge.

W. Charles Fletcher, of Fletcher Law, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

April 30, 2024


PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____